NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000782**
**18-DEC-2018**
**08:31 AM**

NOS. CAAP-16-0000679 AND CAAP-16-0000782

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

**CAAP-16-0000679**
BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Plaintiffs/Counterclaim-Defendants/Appellees,
v.
PAZ F. ABASTILLAS, also known as PAZ A. RICHTER,
ROBERT A. SMITH, personally,
Defendants/Counterclaim-Plaintiffs/Appellees,
and
ROBERT A. SMITH, Attorney at Law, A Law Corporation,
STANDARD MANAGEMENT, INC., U.S. BANCORP MORTGAGE
COMPANY, an Oregon Company, WESTERN SURETY
COMPANY, Sued herein as Doe Entity 1,
Defendants-Appellees,
and
MICHAEL BORNEMANN, M.D., Defendant-Appellant,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS
1-10; DOE ENTITIES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 93-3974-10)


**CAAP-16-0000782**
BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Plaintiffs/Counterclaim-Defendants/Appellees,
v.
PAZ F. ABASTILLAS, also known as PAZ A. RICHTER,
ROBERT A. SMITH, personally,
Defendants/Counterclaim-Plaintiffs/Appellants,
and
ROBERT A. SMITH, Attorney at Law, A Law Corporation,
STANDARD MANAGEMENT, INC., MICHAEL BORNEMANN, M.D.,
U.S. BANCORP MORTGAGE COMPANY, an Oregon Company,

WESTERN SURETY COMPANY, Sued herein as Doe
Entity 1, Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS
1-10; DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 93-3974-10)

ORDER DENYING DEFENDANTS PAZ FENG ABASTILLAS
AND ROBERT A. SMITH'S MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of Defendants Paz Feng Abastillas and Robert A. Smith's motion for reconsideration, filed on December 10, 2018, seeking reconsideration of this court's Memorandum Opinion, filed on November 30, 2018, and the record and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 18, 2018.

Chief Judge

Associate Judge

Associate Judge

2